UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :    CHAPTER 13
                                                    :
WINSTON D. JOHNSON,                                 :    CASE NO. 10-89917-MHM
                                                    :
            DEBTOR.                                 :

## NOTICE RESCHEDULING SECTION 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

Notice is hereby given that the **Section 341 Meeting of Creditors and Meeting with Trustee** in the above-referenced Chapter 13 case has been rescheduled and shall take place:

AT:     THE OFFICE OF ADAM M. GOODMAN
        STANDING CHAPTER 13 TRUSTEE
        260 PEACHTREE STREET, SUITE 200
        ATLANTA, GA  30303

ON:     **DECEMBER 10, 2010 AT 11:00 AM**

Debtor must complete the following forms and enclose supporting documents:

    1) Business Debtor Questionnaire;
    2) Insurance Coverage form; and
    3) Return Checklist
    4) Monthly Business Cash Flow Report for previous four months. Use attached forms or Debtor's own product.

All of these forms and supporting documents must be completed and returned to the Chapter 13 Trustee **NO LATER THAN DECEMBER 1, 2010**. Failure to do so will result in a Motion to Dismiss.

Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

Notice is hereby given that the **Confirmation Hearing** in the above-referenced Chapter 13 case has been rescheduled and shall take place:

AT: Richard B. Russell Federal Building
75 Spring Street, S.W.,
Courtroom #1204
Atlanta, GA 30303

ON: **JANUARY 13, 2011 AT 9:30 AM**

Respectfully submitted,

/s/
Mandy Campbell, Attorney
for Chapter 13 Trustee
GA Bar No. 142676

Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

10-89917-MHM

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Notice of Rescheduled 341 Meeting of Creditors and Confirmation Hearing, by depositing a copy of same in the United States Mail with adequate postage thereon addressed as follows:

DEBTOR:

    WINSTON D. JOHNSON
    1341 AUDUBON COURT
    ATLANTA, GA  30311

ATTORNEY FOR DEBTOR:

    ALBRIGHT, HOUTSMA & CLARK, LLC
    3384 PEACHTREE ROAD
    ATLANTA, GA  30326

AND ALL CREDITORS ON ATTACHED MATRIX.

This 5th day of November 2010.

    /s/ _____

Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

**10-89917-MHM**

AFNI
PO Box 3427
Bloomington, IL 61702

Capitol City Bank & Trust
562 Lee ST SW
Atlanta, GA 30310

CCS
PO Box 709
Needham, MA 02494

Childsupport
3670 N L St Ste B
Pensacola, FL 32505

Collection Connection
9430 Topanga Canyon BLVD
Chatsworth, CA 91311

Context Ventures, Inc
Atlanta Lawyer Group
1109 Bonview LN NE
Atlanta, GA 30324

County Of Los Angeles
5770 South Eastern Avenue
Commerce, CA 90040

Debt Recovery Solution
ATTN: Bankruptcy
PO Box 9001
Westbury, NY 11590

Dept. of Treasury
IRS
PO Box 30396
Memphis, TN 38130-0396

Enhanced Recovery Co
8014 Bayberry RD
Jacksonville, FL 32256

Fast Cash Title
3201 S Cobb DR STE D-2
Smyrna, GA 30080

First Philadelphia Group LLC
Eric L Shapiro
400 Perimeter Center Terrace
Atlanta, GA 30346

Phil Ghee
c/o Eric L Shapiro
400 Perimeter Center Terrace
Atlanta, GA 30346

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Jones & Walden, LLC
21 Eighth ST NE
Atlanta, GA 30309

Cheryl & Bruce Lee
c/o Robert S Meyring PC
2900 Paces Ferry RD STE C-2000
Atlanta, GA 30339

Nextel Communications
PO Box 4191
Carol Stream, IL 60197-4191

Professional Acct Mgmt
PO Box 391
Milwaukee, WI 53201

Revenue Recovery Corp
612 S Gay ST
Knoxville, TN 37902

Rickenbacker Group
15005 Concord CIR
Morgan Hill, CA 95037

Scana Energy Marketing
3340 Peachtree RD NE
Atlanta, GA 30326

Sprint
PO Box 105243
Atlanta, GA 30348-5243

State Of Alabama Hr
50 N Ripley St
Montgomery, AL 36130

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Thomas E Austin, Jr. LLC
3490 Piedmont RD NE STE 1005
Atlanta, GA 30305

US Attorney
600 Richard B Russell BLDG
75 Spring Street SW
Atlanta, GA 30303

Yale Mortgage Corp
4100 NE 2nd AVE STE 103
Miami, FL 33137