# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 10-89917 | CRM | Judge: | C. Ray Mullins |
|---|---|---|---|---|

Case Name: WINSTON D. JOHNSON
For Period Ending: 9/30/2013

Trustee Name: NEIL C. GORDON
Date Filed (f) or Converted (c): 3/4/2011 (c)
341(a) Meeting Date: 4/5/2011
Claims Bar Date: / /

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence 1341 Audubon CT SW, Atlanta, GA | 474,133.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Capital City Bank account | 36,000.00 | 30,400.00 | | 0.00 | 30,400.00 |
| 3 | Household Goods | 15,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 4 | Books and pictures | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 5 | WinSonic Digital Media Group, Ltd. (WDMG) 30% ownership | 90,000.00 | 90,000.00 | | 0.00 | 90,000.00 |
| 6 | Winsonic Music 100% ownership | 100,000.00 | 100,000.00 | | 0.00 | 100,000.00 |
| 7 | Winsonic Process Digital 100% Ownership | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 8 | Winsonic Diversity 51% ownership | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Winsonic Digial Cable System Network 40% ownership | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Owed to debtor by WinSonic Digital Media Group | 1,400,000.00 | 1,400,000.00 | | 0.00 | 1,400,000.00 |
| 11 | 1995 Mercedes SEL; mileage = 160,000 and 2003 BMW 7.5; milea | 13,610.00 | 4,110.00 | | 0.00 | 4,110.00 |

TOTALS (Excluding Unknown Values) | $2,141,743.00 | $1,647,510.00 | | $0.00 |

Gross Value of Remaining Assets
$1,647,510.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Several creditors indicated depositions and other discovery would be done by them. One creditor has filed an adversary proceeding alleging that the Debtor committed securities fraud among other things. Trustee simply monitoring to see if any assets or actions result from such endeavors.

Initial Projected Date of Final Report (TFR):   12/31/2013     Current Projected Date of Final Report (TFR):   12/31/2014

Trustee's Signature: /s/ NEIL C. GORDON
_____ Date: 10/29/13
NEIL C. GORDON

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Case 10-89917, has no bank accounts to report.

Page: 1